UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BELLE ALMASCO,                           No. 2:08-cv-02426-MCE-KJM

    Plaintiff,

  v.                                     MEMORANDUM AND ORDER

QUALITY LOAN SERVICE CORP.;
LITTON LOAN SERVICING; and
DOES 1-50, inclusive,

    Defendants.

----oo0oo----

The Court has reviewed the docket in this case and finds that Plaintiff's counsel, Mitchell W. Roth, is not admitted to practice in the Eastern District of California. Local Rule 83-180(b) prescribes, in part, that "only members of the Bar of this Court shall practice in this Court." The Clerk of the Court so notified Mr. Roth on January 9, 2009, and to date, he has not sought the requisite admission.

///

///

///

1

1    Accordingly, inasmuch as Mr. Roth is not entitled to
2 practice before this Court, on its own Motion, the Court hereby
3 strikes Plaintiffs' Complaint, without prejudice.  The Clerk of
4 the Court is ordered to close the file.
5    IT IS SO ORDERED.

Dated: February 2, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE